UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 18-cr-00073 |
| VERSUS | JUDGE FOOTE |
| TIMOTHY STEWART (01)<br>KAMBRIENNE STRINGER (02) | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed by Timothy Stewart and noting the lack of objections filed by Kambrienne Stringer, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Defendants' **Motion to Suppress (Doc. 27)** and **Amended Motion to Suppress (Doc. 28)** are **denied**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the _____ day of November, 2018.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE